IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.14-22959-CIV-O'SULLIVAN

BENIGNO PEREZ and
all others similarly situated,

    Plaintiff,

v.                                                       CONSENT CASE

EAGLE RECYCLING LLC,
JORGE L. VELAZQUEZ, and
JORE A. VELAZQUEZ,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Defendants, EAGLE RECYCLING, LLC ("ER") and JORGE L. VELAZQUEZ, give notice to the Court that this matter has been settled and the parties will entering into a written settlement agreement shortly.

                            Respectfully Submitted,

                            LANGBEIN & LANGBEIN, P.A.
                            Counsel for the Defendants
                            8181 NW 154th Street, Suite 105
                            Miami Lakes, FL 33016
                            Tel:  (305) 556-3663
                            Fax: (305) 556-3647

    I HEREBY CERTIFY that a copy of the foregoing was filed electronically on October 21, 2015 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

                            By:  /s/ Leslie W. Langbein
                                Leslie W. Langbein, Esq.
                                Fla. Bar No. 305391

SERVICE LIST

J.H. ZIDELL, P.A.
J.H. Zidell, Esq.
David Kelly, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiffs