UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-22959-CV-O'SULLIVAN
[CONSENT]

BENIGNO PEREZ,

    Plaintiff,

v.

EAGLE RECYCLING, LLC, et al.,

    Defendants.

## DEFENDANTS' NOTICE OF COMPLIANCE
## WITH TERMS OF SETTLEMENT AGREEMENT

    Defendants, Eagle Recycling LLC, Jorge L. Velasquez, and Jorge A. Velasquez (collectively, the **"Defendants"**) hereby file this Notice of Compliance with Terms of Settlement Agreement and in state as follows:

    1.    On April 11, 2016, Defendants filed their *Response and Opposition to Plaintiff's Motion for Entry of Final Default Judgment* (ECF No. 55) (the **"Opposition to Motion for Final Judgment"**), wherein Defendants represented that that they "fully intend to comply with all of the terms of the Settlement Agreement with respect to the Settlement Sum payments to Perez, including without limitation, curing the alleged breach as set forth in the Motion for Final Judgment and resuming all monthly Settlement Sum payments in accordance with the Settlement Agreement." See Opposition to Motion for Final Judgment at ¶ 4.

    2.    Defendants hereby state that they have cured the alleged breach set forth in Plaintiff's *Motion for Entry of Final Default Judgment* (the **"Motion for Final Judgment"**) (ECF No. 51) filed by Plaintiff, Benigno Perez (**"Perez"**).

3. Specifically, Defendants are delivering a cashier's check in the amount of $5,750.00 to Plaintiff's counsel as of even date herewith. A copy of the cashier's check is attached hereto as **Exhibit "A."**

Dated: April 20th, 2016.

                    Respectfully submitted,

                    MARTIZEZ MORALES
                    Attorneys for Defendants
                    2600 South Douglas Road
                    Suite 305
                    Coral Gables, Florida 33134
                    Tel: (305) 501-5011
                    Fax: (786) 272-7997

                    By: /s/Aaron P. Honaker
                        RAUL MORALES
                        Florida Bar No. 653071
                        rmorales@mmlawfl.com
                        AARON P. HONAKER
                        Florida Bar No. 48749
                        ahonaker@mmlawfl.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON APRIL 20th, 2016 TO:

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: ZABOGADO@AOL.COM

                    By: /s/Aaron P. Honaker
                        RAUL MORALES
                        AARON P. HONAKER



EXHIBIT A

OCEAN BANK
MIAMI, FLORIDA
CASHIER'S CHECK

Br. 000 No. 172977
68-1139/01
DATE: 4/18/16

REMITTER: EAGLE RECYCLING LLC
PAY TO THE ORDER OF: J. ZIDELL, P.A. BENIGNO PEREZ
EXACTLY **5,750 AND 00/100 DOLLARS
$******5,750.00

AUTHORIZED SIGNATURE

⑆172977⑆ ⑈067011392⑈ 000148500⑉